263 So.2d 723

Edward ANDREWS

v.

Jessie WILLIAMS and Willie Mae Williams.

No. 52610.

June 29, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

263 So.2d 723

TRINITY CARTON COMPANY, Inc.

v.

FALSTAFF BREWING CORPORATION.

No. 52574.

June 29, 1972.

Writ denied. On the facts found by the Court of Appeal there is no error of law in the judgment complained of.